1  #
2  #
3  #                                              JS-6
4  #
5  #
6  #
7  #

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD FIELDS, | CASE NO. 2:16-cv-03213-DDP (SK) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge, **IT IS ADJUDGED** that the Second Amended Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

DATED: October 22, 2018

HON. VIRGINIA A. PHILLIPS
CHIEF U.S. DISTRICT JUDGE